UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Corey M. Fogarty, | : | No. 20-12870-PMM |
| Debtor | : | |

_____

| | | |
|---|---|---|
| Corey M. Fogarty, | : | |
| Plaintiff | : | |
| v. | : | |
| | : | |
| Members 1st Federal Credit Union, | : | |
| Defendant | : | |

## STIPULATION

THIS STIPULATION ("Stipulation") is made this _____ day of March, 2021, by and between Alaine V. Grbach, Esquire, attorney for the Debtor, Corey M. Fogarty ("Debtor") and Shawn M. Long, Esquire, attorney for Members 1st Federal Credit Union (the "Lender"), in order to resolve the Motion for Relief from the Automatic Stay of Section 362 of the Bankruptcy Code.

## BACKGROUND

A.    On July 1, 2020, Debtor filed a Voluntary Petition for Relief under Chapter 13 of the United States Bankruptcy Code and was granted relief thereon.

B.    On March 12, 2021, Lender filed a Motion for Relief based on Debtor's Retail Installment Sale Contract (the "Contract") with Lender, which is secured by Debtor's 2017 Jeep Grand Cherokee V.I.N. 1C4RJFJG9HC759405 (the "Vehicle").

C.    Debtor has not made any payment since September 15, 2020, and Debtor has failed to make any further post-petition payments.

8431712.1

D.      Debtor and the Lender wish to amicably resolve Members 1st's Motion for Relief under the terms and conditions of this Stipulation.

NOW, THEREFORE, the parties hereto intending to legally bind themselves, their heirs, successors and assigns, hereby agree as follows:

1.      Members 1st's Motion for Relief shall be granted.

2.      Debtor will surrender the Vehicle to the Bank within five (5) days from the date that this Stipulation is approved by the Court.

3.      The automatic stay shall be terminated with respect to the Vehicle, and the Lender shall be entitled to exercise any and all of its rights under state law with respect to the Vehicle.

4.      The signatories hereto agree that this Stipulation may be executed in one or more counterparts, any one of which need not contain the signatures of more than one party or representative thereof, but all such counterparts taken together shall constitute one and the same Stipulation.  Facsimile and electronically transmitted signatures shall be deemed to have the same effect as original signatures.  The undersigned are authorized to execute this Stipulation on behalf of their respective clients.

IN WITNESS WHEREOF the parties hereto have entered into this Stipulation the day and year first above written.

BARLEY SNYDER

By:   _/s/ Shawn M. Long_____          _____/s/ Alaine V. Grbach_____
        Shawn M. Long, Esquire                              Alaine V. Grbach, Esquire
        Attorneys for Members 1st Federal
        Credit Union


_____
Scott Waterman, Chapter 13 Trustee

2

D.      Debtor and the Lender wish to amicably resolve Members 1st's Motion for Relief under the terms and conditions of this Stipulation.

NOW, THEREFORE, the parties hereto intending to legally bind themselves, their heirs, successors and assigns, hereby agree as follows:

1.      Members 1st's Motion for Relief shall be granted.

2.      Debtor will surrender the Vehicle to the Bank within five (5) days from the date that this Stipulation is approved by the Court.

3.      The automatic stay shall be terminated with respect to the Vehicle, and the Lender shall be entitled to exercise any and all of its rights under state law with respect to the Vehicle.

4.      The signatories hereto agree that this Stipulation may be executed in one or more counterparts, any one of which need not contain the signatures of more than one party or representative thereof, but all such counterparts taken together shall constitute one and the same Stipulation.  Facsimile and electronically transmitted signatures shall be deemed to have the same effect as original signatures.  The undersigned are authorized to execute this Stipulation on behalf of their respective clients.

IN WITNESS WHEREOF the parties hereto have entered into this Stipulation the day and year first above written.

BARLEY SNYDER

By:    _/s/ Shawn M. Long_                                      _____
           Shawn M. Long, Esquire                                     Alaine V. Grbach, Esquire
           Attorneys for Members 1st Federal
           Credit Union

_Rolando Ramos  for_
Scott Waterman, Chapter 13 Trustee

2

8431712.1

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :        Chapter 13
    Corey M. Fogarty,                     :        No. 20-12870-PMM
        Debtor                        :

## **ORDER**

UPON CONSIDERATION OF the March ____, 2021 Stipulation by and between the

Debtor and Members 1st Federal Credit Union, it is hereby:

ORDERED that the terms and provisions of said Stipulation concerning Debtor's 2017

Jeep Grand Cherokee V.I.N. 1C4RJFJG9HC759405 are hereby adopted and approved as an

Order of Court.

**Date: March 23, 2021**

_____
Patricia M. Mayer,
U.S. Bankruptcy Judge

8431712.1