United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Corey M. Fogarty  
    Debtor

Case No. 20-12870-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Mar 23, 2021      Form ID: pdf900      Total Noticed: 12

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Corey M. Fogarty, 510 West Chestnut Street, Lancaster, PA 17603-3409 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | John Briner, 385 North Farm Drive, Lititz, PA 17543-9226 |
| cr | + | Members 1st Federal Credit Union, c/o Shawn M. Long, Esquire, Barley Snyder, 126 East King Street, Lancaster, PA 17602-2893 |
| cr | + | Mid Penn Bank, c/o Bonnie Berkoski, Vice President, Asset Recovery Manager, 2407 Park Drive, Harrisburg, PA 17110-9303 |
| cr | + | PeoplesBank, A Codorus Valley Company, c/o Robert W. Pontz, Esquire, Brubaker Connaughton Goss & Lucarelli, 480 New Holland Ave., Suite 6205, Lancaster, PA 17602-2227 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 24 2021 04:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 24 2021 04:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALAINE V. GRBACH | on behalf of Debtor Corey M. Fogarty avgrbach@aol.com |
| BARRY A. SOLODKY | on behalf of Creditor John Briner BSO@saxtonstump.com dat@saxtonstump.com;msf@saxtonstump.com |
| BRET PATRICK SHAFFER | on behalf of Creditor Mid Penn Bank bshaffer@ssbc-law.com kshirk@ssbc-law.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| MARIO J. HANYON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com wbecf@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| ROBERT W. PONTZ | on behalf of Creditor PeoplesBank A Codorus Valley Company BobP@bcgl-law.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| SHAWN M. LONG | on behalf of Creditor Members 1st Federal Credit Union slong@barley.com jrachor@barley.com;cbrelje@barley.com;sromig@barley.com;tshober@barley.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Corey M. Fogarty, | : | No. 20-12870-PMM |
| Debtor | : | |

_____

| | | |
|---|---|---|
| Corey M. Fogarty, | : | |
| Plaintiff | : | |
| v. | : | |
| | : | |
| Members 1st Federal Credit Union, | : | |
| Defendant | : | |

## STIPULATION

THIS STIPULATION ("Stipulation") is made this ____ day of March, 2021, by and between Alaine V. Grbach, Esquire, attorney for the Debtor, Corey M. Fogarty ("Debtor") and Shawn M. Long, Esquire, attorney for Members 1st Federal Credit Union (the "Lender"), in order to resolve the Motion for Relief from the Automatic Stay of Section 362 of the Bankruptcy Code.

## BACKGROUND

A.  On July 1, 2020, Debtor filed a Voluntary Petition for Relief under Chapter 13 of the United States Bankruptcy Code and was granted relief thereon.

B.  On March 12, 2021, Lender filed a Motion for Relief based on Debtor's Retail Installment Sale Contract (the "Contract") with Lender, which is secured by Debtor's 2017 Jeep Grand Cherokee V.I.N. 1C4RJFJG9HC759405 (the "Vehicle").

C.  Debtor has not made any payment since September 15, 2020, and Debtor has failed to make any further post-petition payments.

8431712.1

D.  Debtor and the Lender wish to amicably resolve Members 1st's Motion for Relief under the terms and conditions of this Stipulation.

NOW, THEREFORE, the parties hereto intending to legally bind themselves, their heirs, successors and assigns, hereby agree as follows:

1. Members 1st's Motion for Relief shall be granted.

2. Debtor will surrender the Vehicle to the Bank within five (5) days from the date that this Stipulation is approved by the Court.

3. The automatic stay shall be terminated with respect to the Vehicle, and the Lender shall be entitled to exercise any and all of its rights under state law with respect to the Vehicle.

4. The signatories hereto agree that this Stipulation may be executed in one or more counterparts, any one of which need not contain the signatures of more than one party or representative thereof, but all such counterparts taken together shall constitute one and the same Stipulation. Facsimile and electronically transmitted signatures shall be deemed to have the same effect as original signatures. The undersigned are authorized to execute this Stipulation on behalf of their respective clients.

IN WITNESS WHEREOF the parties hereto have entered into this Stipulation the day and year first above written.

BARLEY SNYDER

By: /s/ Shawn M. Long                                    /s/ Alaine V. Grbach
    Shawn M. Long, Esquire                               Alaine V. Grbach, Esquire
    Attorneys for Members 1st Federal
    Credit Union

_____
Scott Waterman, Chapter 13 Trustee

2

8431712.1

D.  Debtor and the Lender wish to amicably resolve Members 1st's Motion for Relief under the terms and conditions of this Stipulation.

NOW, THEREFORE, the parties hereto intending to legally bind themselves, their heirs, successors and assigns, hereby agree as follows:

1. Members 1st's Motion for Relief shall be granted.

2. Debtor will surrender the Vehicle to the Bank within five (5) days from the date that this Stipulation is approved by the Court.

3. The automatic stay shall be terminated with respect to the Vehicle, and the Lender shall be entitled to exercise any and all of its rights under state law with respect to the Vehicle.

4. The signatories hereto agree that this Stipulation may be executed in one or more counterparts, any one of which need not contain the signatures of more than one party or representative thereof, but all such counterparts taken together shall constitute one and the same Stipulation. Facsimile and electronically transmitted signatures shall be deemed to have the same effect as original signatures. The undersigned are authorized to execute this Stipulation on behalf of their respective clients.

IN WITNESS WHEREOF the parties hereto have entered into this Stipulation the day and year first above written.

BARLEY SNYDER

By: __/s/ Shawn M. Long_____           _____
    Shawn M. Long, Esquire                                     Alaine V. Grbach, Esquire
    Attorneys for Members 1st Federal
    Credit Union

_/s/ Rolando Ramos for_____
Scott Waterman, Chapter 13 Trustee

2

8431712.1

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  :        Chapter 13
    Corey M. Fogarty,                :        No. 20-12870-PMM
        Debtor                   :

## **ORDER**

UPON CONSIDERATION OF the March ____, 2021 Stipulation by and between the Debtor and Members 1st Federal Credit Union, it is hereby:

ORDERED that the terms and provisions of said Stipulation concerning Debtor's 2017 Jeep Grand Cherokee V.I.N. 1C4RJFJG9HC759405 are hereby adopted and approved as an Order of Court.

**Date: March 23, 2021**

_____
Patricia M. Mayer,
U.S. Bankruptcy Judge

8431712.1