Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-12870-PMM**

Corey M. Fogarty
510 West Chestnut Street
Lancaster  PA     17603

Petition Filed Date: 07/01/2020
341 Hearing Date: 09/15/2020
Confirmation Date:

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/16/2020 | $100.00 | | 03/03/2021 | $3,000.00 | | 03/26/2021 | $500.00 | |
| 05/12/2021 | $1,000.00 | | | | | | | |

**Total Receipts for the Period:  $4,600.00   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $4,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP<br>»» 001 | Unsecured Creditors | $2,961.41 | $0.00 | $0.00 |
| 2 | PEOPLES BANK<br>»» 002 | Unsecured Creditors | $275,393.73 | $0.00 | $0.00 |
| 3 | PEOPLES BANK<br>»» 003 | Unsecured Creditors | $36,471.90 | $0.00 | $0.00 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 04U | Unsecured Creditors | $294.88 | $0.00 | $0.00 |
| 5 | PA DEPARTMENT OF REVENUE<br>»» 04P | Priority Crediors | $1,226.74 | $0.00 | $0.00 |
| 6 | FREEDOM MORTGAGE CORPORATION<br>»» 005 | Mortgage Arrears | $21,291.81 | $0.00 | $0.00 |
| 7 | PAWNEE LEASING CORPORATION<br>»» 006 | Unsecured Creditors | $5,208.26 | $0.00 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 07S | Secured Creditors | $16,338.17 | $0.00 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 07P | Priority Crediors | $10,809.30 | $0.00 | $0.00 |
| 10 | UNITED STATES TREASURY (IRS)<br>»» 07U | Unsecured Creditors | $356.30 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $580.88 | $0.00 | $0.00 |
| 12 | MEMBERS 1ST FCU<br>»» 009 | Unsecured Creditors | $5,781.25 | $0.00 | $0.00 |
| 13 | MEMBERS 1ST FCU<br>»» 010 | Secured Creditors | $3,864.04 | $0.00 | $0.00 |
| 14 | MEMBERS 1ST FCU<br>»» 011 | Mortgage Arrears | $1,611.58 | $0.00 | $0.00 |
| 15 | UGI UTILITIES INC<br>»» 012 | Unsecured Creditors | $1,463.35 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-12870-PMM**

<table>
<tr><td colspan="2" align="center"><b>SUMMARY</b></td></tr>
</table>

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,600.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $0.00 | Arrearages: | $500.00 |
| Paid to Trustee: | $355.00 | Total Plan Base: | $17,600.00 |
| Funds on Hand: | $4,245.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.