United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12870-pmm |
| Corey M. Fogarty | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 20, 2021 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14528969 | Email/Text: bankruptcy@pawneeleasing.com | Aug 20 2021 23:29:00 | Pawnee Leasing Corporation, 3801 Automation Way, Ste 207, Fort Collins, CO 80525 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 22, 2021           Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALAINE V. GRBACH | on behalf of Debtor Corey M. Fogarty avgrbach@aol.com |
| BARRY A. SOLODKY | on behalf of Creditor John Briner BSO@saxtonstump.com msf@saxtonstump.com;pfg@saxtonstump.com;BDA@saxtonstump.com |
| BRET PATRICK SHAFFER | on behalf of Creditor Mid Penn Bank bshaffer@ssbc-law.com kshirk@ssbc-law.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| MARIO J. HANYON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |

District/off: 0313-4     User: admin     Page 2 of 2
Date Rcvd: Aug 20, 2021     Form ID: trc     Total Noticed: 1

ROBERT W. PONTZ
    on behalf of Creditor PeoplesBank  A Codorus Valley Company BobP@bcgl-law.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

SHAWN M. LONG
    on behalf of Creditor Members 1st Federal Credit Union slong@barley.com
    jrachor@barley.com;cbrelje@barley.com;sromig@barley.com;tshober@barley.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 20-12870-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Corey M. Fogarty
510 West Chestnut Street
Lancaster PA 17603

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/20/2021.

Name and Address of Alleged Transferor(s):

Claim No. 6: Pawnee Leasing Corporation, 3801 Automation Way, Ste 207, Fort Collins, CO 80525

Name and Address of Transferee:

Red Target LLC DBA SCJ
17507 South DuPont Hwy
Harrington, DE 19952

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/22/21

Tim McGrath
**CLERK OF THE COURT**