United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Corey M. Fogarty  
    Debtor

Case No. 20-12870-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 02, 2021 | Form ID: 155 | Total Noticed: 36 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Corey M. Fogarty, 510 West Chestnut Street, Lancaster, PA 17603-3409 |
| 14527467 | + | 211 NORTH PRINCE PARTNERS, LLC, 221 NORTH PRINCE STREET, Lancaster, PA 17603-3527 |
| 14516625 | + | Aes Members 1st Fcu, Attn: Bankruptcy, Po Box 40, Mechanicsburg, PA 17055-0040 |
| 14527470 | + | Eric Schelen Rothermel, Esquire, 49 North Duke Street, Lancaster, PA 17602-2842 |
| 14527471 | + | FRASER CENTRE HOTEL, LLC, 130 SOUTH FRASER STREET, State College, PA 16801-3852 |
| 14525716 | + | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE, ATTN: BANKRUPTCY DEPARTMENT, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14519760 | | FREEDOM MORTGAGE CORPORATION, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14559388 | + | FREEDOM MORTGAGE CORPORATION, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14516627 | + | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14527474 | + | JACK BRINER, 385 NORTH FARM DRIVE, Lititz, PA 17543-9226 |
| 14550690 | + | Jack Briner, c/o Barry A. Solodky, Esquire, Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 14527475 | + | LANCASTER PA TAX COLLECION BUREAU, 1845 WILLIAM PENN WAY, Lancaster, PA 17601-4097 |
| 14554749 | + | Lifetimess, attn: Michelle Caruso, 9525 Bryn Mawr Avenue, Rosemont IL 60018-5249 |
| 14516629 | + | MIDPENN BANK, 894 N. RIVER ROAD # 9543, Halifax, PA 17032-9543 |
| 14557400 | + | Mid Penn Bank, c/o Bret P. Shaffer, Esquire, Schiffman, Sheridan & Brown, P.C., 2080 Linglestown Road, Suite 201, Harrisburg, PA 17110-9670 |
| 14556938 | + | Mid Penn Bank c/o Bonnie Berkoski, Vice President, Asset Recovery Manager, 2407 Park Drive, Harrisburg PA 17110-9303 |
| 14516630 | + | New Hampshire Higher Ed/Granite State Ma, Attn: Bankruptcy, Po Box 2097, Concord, NH 03302-2097 |
| 14527479 | | PA DEPARTMENT OF REVENUE, BUREAU OF COMPLIANCE, DEPARTMENT 208748, Harrisburg, PA 17128-0948 |
| 14527480 | + | PEOPLES BANK, 105 LEADER HEIGHTS, York, PA 17403-5137 |
| 14516631 | + | PEOPLES BANK, 109 LEADER HEIGHTS, York, PA 17403-5137 |
| 14527481 | | PPL ELECTRIC UTILITIES, PO BOX 25222, Lehigh Valley, PA 18002-5222 |
| 14516816 | + | PeoplesBank, A Codorus Valley Company, CO Robert W. Pontz, Esquire, Brubaker Connaughton Goss & Lucarelli, 480 New Holland Ave, Suite 6205, Lancaster PA 17602-2227 |
| 14522884 | + | PeoplesBank, A Codorus Valley Company, c/o Robert W. Pontz, Esquire, Brubaker Connaughton Goss & Lucarelli, 480 New Holland Avenue, Suite 6205, Lancaster, PA 17602-2227 |
| 14527482 | + | ROBERT W. PONTZ, ESQUIRE, 480 NEW HOLLAND AVE., SUITE 6205, Lancaster, PA 17602-2227 |
| 14631019 | + | Red Target LLC DBA SCJ, 17507 South DuPont Hwy, Harrington, DE 19952-2370 |
| 14527485 | + | VIEN CENTER OF LANCASTER, LLC, 90 GOOD DRIVE # 301, Lancaster, PA 17603-4360 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14516626 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 02 2021 23:33:21 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14519480 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 02 2021 23:33:27 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14527473 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 02 2021 23:23:00 | IRS DEPARTMENT OF THE TREASURY, ACS SUPORT, PO BOX 8208, Philadelphia, PA 19101-8208 |
| 14516628 | + | Email/Text: unger@members1st.org | Sep 02 2021 23:23:00 | Members 1st Fcu, Attn: Bankruptcy, Po Box 40, Mechanicsburg, PA 17055-0040 |

Case 20-12870-pmm    Doc 64    Filed 09/04/21    Entered 09/05/21 00:32:41    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 02, 2021 | Form ID: 155 | Total Noticed: 36 |

| | | | |
|---|---|---|---|
| 14528969 | Email/Text: bankruptcy@pawneeleasing.com | Sep 02 2021 23:23:00 | Pawnee Leasing Corporation, 3801 Automation Way, Ste 207, Fort Collins, CO 80525 |
| 14533546 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 02 2021 23:33:18 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14525647 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 02 2021 23:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14516632 | + Email/PDF: gecsedi@recoverycorp.com | Sep 02 2021 23:33:21 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14527484 | Email/Text: bkrcy@ugi.com | Sep 02 2021 23:23:00 | UGI Utilities Inc., P.O. Box 15523, Wilmington, DE 19886-5523 |
| 14535360 | Email/Text: bkrcy@ugi.com | Sep 02 2021 23:23:00 | UGI Utilities, Inc., P.O. Box 13009, Reading, PA 19612 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14527468 | *+ | Aes Members 1st Fcu, Attn: Bankruptcy, Po Box 40, Mechanicsburg, PA 17055-0040 |
| 14527469 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14527472 | *+ | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14527477 | *+ | MIDPENN BANK, 894 N. RIVER ROAD # 9543, Halifax, PA 17032-9543 |
| 14527476 | *+ | Members 1st Fcu, Attn: Bankruptcy, Po Box 40, Mechanicsburg, PA 17055-0040 |
| 14527478 | *+ | New Hampshire Higher Ed/Granite State Ma, Attn: Bankruptcy, Po Box 2097, Concord, NH 03302-2097 |
| 14527483 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 04, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALAINE V. GRBACH | on behalf of Debtor Corey M. Fogarty avgrbach@aol.com |
| BARRY A. SOLODKY | on behalf of Creditor John Briner BSO@saxtonstump.com msf@saxtonstump.com;pfg@saxtonstump.com;BDA@saxtonstump.com |
| BRET PATRICK SHAFFER | on behalf of Creditor Mid Penn Bank bshaffer@ssbc-law.com kshirk@ssbc-law.com |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 02, 2021 | Form ID: 155 | Total Noticed: 36 |

BRIAN CRAIG NICHOLAS
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

MARIO J. HANYON
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
    mario.hanyon@brockandscott.com

REBECCA ANN SOLARZ
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

ROBERT W. PONTZ
    on behalf of Creditor PeoplesBank  A Codorus Valley Company BobP@bcgl-law.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

SHAWN M. LONG
    on behalf of Creditor Members 1st Federal Credit Union slong@barley.com
    jrachor@barley.com;cbrelje@barley.com;sromig@barley.com;tshober@barley.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Corey M. Fogarty
      Debtor(s)

Chapter: 13

Bankruptcy No: 20−12870−pmm

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this September 2, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Patricia M. Mayer
Judge ,
United States Bankruptcy Court

63
Form 155