**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**COREY M. FOGARTY,**  :

CHAPTER 13

:  CASE NO. 20-12870

DEBTOR.

:

**CERTIFICATE OF NO RESPONSE WITH RESPECT TO**
**APPLICATION FOR COMPENSATION**

I, Alaine V. Grbach, Esquire, hereby certify that the twenty one (21) days during which parties in interest had to answer or object to the above Application for Compensation and Reimbursement of Expenses, after service thereon, exclusive of the date of service, have expired and no answer or objection has been filed and/or served upon undersigned Applicant.

Respectfully submitted,

**DATED: November 30, 2021**          **/s/ Alaine V. Grbach, Esquire**
Alaine V. Grbach, Esquire
Counsel to Debtor
675 Estelle Drive
Lancaster, PA 17601
(717) 399-8420- telephone

I.D. No.: 45485