United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Corey M. Fogarty  
Debtor

Case No. 20-12870-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Dec 02, 2021      Form ID: pdf900      Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Corey M. Fogarty, 510 West Chestnut Street, Lancaster, PA 17603-3409 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | John Briner, 385 North Farm Drive, Lititz, PA 17543-9226 |
| cr | + | Members 1st Federal Credit Union, c/o Shawn M. Long, Esquire, Barley Snyder, 126 East King Street, Lancaster, PA 17602-2893 |
| cr | + | Red Target LLC DBA SCJ, 17507 South Dupont Hwy, Harrington, DE 19952, UNITED STATES 19952-2370 |
| 14527467 | + | 211 NORTH PRINCE PARTNERS, LLC, 221 NORTH PRINCE STREET, Lancaster, PA 17603-3527 |
| 14516625 | + | Aes Members 1st Fcu, Attn: Bankruptcy, Po Box 40, Mechanicsburg, PA 17055-0040 |
| 14527470 | + | Eric Schelen Rothermel, Esquire, 49 North Duke Street, Lancaster, PA 17602-2842 |
| 14527471 | + | FRASER CENTRE HOTEL, LLC, 130 SOUTH FRASER STREET, State College, PA 16801-3852 |
| 14525716 | + | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE, ATTN: BANKRUPTCY DEPARTMENT, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14519760 | | FREEDOM MORTGAGE CORPORATION, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14559388 | + | FREEDOM MORTGAGE CORPORATION, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14516627 | + | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14527474 | + | JACK BRINER, 385 NORTH FARM DRIVE, Lititz, PA 17543-9226 |
| 14550690 | + | Jack Briner, c/o Barry A. Solodky, Esquire, Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 14527475 | + | LANCASTER PA TAX COLLECION BUREAU, 1845 WILLIAM PENN WAY, Lancaster, PA 17601-4097 |
| 14554749 | + | Lifefitness, attn: Michelle Caruso, 9525 Bryn Mawr Avenue, Rosemont IL 60018-5249 |
| 14516629 | + | MIDPENN BANK, 894 N. RIVER ROAD # 9543, Halifax, PA 17032-9543 |
| 14557400 | + | Mid Penn Bank, c/o Bret P. Shaffer, Esquire, Schiffman, Sheridan & Brown, P.C., 2080 Linglestown Road, Suite 201, Harrisburg, PA 17110-9670 |
| 14556938 | + | Mid Penn Bank c/o Bonnie Berkoski, Vice President, Asset Recovery Manager, 2407 Park Drive, Harrisburg PA 17110-9303 |
| 14516630 | + | New Hampshire Higher Ed/Granite State Ma, Attn: Bankruptcy, Po Box 2097, Concord, NH 03302-2097 |
| 14527479 | | PA DEPARTMENT OF REVENUE, BUREAU OF COMPLIANCE, DEPARTMENT 208748, Harrisburg, PA 17128-0948 |
| 14516631 | + | PEOPLES BANK, 109 LEADER HEIGHTS, York, PA 17403-5137 |
| 14527480 | + | PEOPLES BANK, 105 LEADER HEIGHTS, York, PA 17403-5137 |
| 14527481 | | PPL ELECTRIC UTILITIES, PO BOX 25222, Lehigh Valley, PA 18002-5222 |
| 14516816 | + | PeoplesBank, A Codorus Valley Company, CO Robert W. Pontz, Esquire, Brubaker Connaughton Goss & Lucarelli, 480 New Holland Ave, Suite 6205, Lancaster PA 17602-2227 |
| 14522884 | + | PeoplesBank, A Codorus Valley Company, c/o Robert W. Pontz, Esquire, Brubaker Connaughton Goss & Lucarelli, 480 New Holland Avenue, Suite 6205, Lancaster, PA 17602-2227 |
| 14527482 | + | ROBERT W. PONTZ, ESQUIRE, 480 NEW HOLLAND AVE., SUITE 6205, Lancaster, PA 17602-2227 |
| 14631019 | + | Red Target LLC DBA SCJ, 17507 South DuPont Hwy, Harrington, DE 19952-2370 |
| 14527485 | + | VIEN CENTER OF LANCASTER, LLC, 90 GOOD DRIVE # 301, Lancaster, PA 17603-4360 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 02 2021 23:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 02, 2021 | Form ID: pdf900 | Total Noticed: 45 |

| | | | | | |
|---|---|---|---|---|---|
| 14516626 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | | |
| | | | Dec 02 2021 23:39:14 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 | |
| 14519480 | + | Email/PDF: ebn_ais@aisinfo.com | | | |
| | | | Dec 02 2021 23:38:58 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 | |
| 14527473 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | | |
| | | | Dec 02 2021 23:23:00 | IRS DEPARTMENT OF THE TREASURY, ACS SUPORT, PO BOX 8208, Philadelphia, PA 19101-8208 | |
| 14516628 | + | Email/Text: unger@members1st.org | | | |
| | | | Dec 02 2021 23:23:00 | Members 1st Fcu, Attn: Bankruptcy, Po Box 40, Mechanicsburg, PA 17055-0040 | |
| 14528969 | | Email/Text: bankruptcy@pawneeleasing.com | | | |
| | | | Dec 02 2021 23:23:00 | Pawnee Leasing Corporation, 3801 Automation Way, Ste 207, Fort Collins, CO 80525 | |
| 14533546 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | | |
| | | | Dec 02 2021 23:39:14 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 | |
| 14525647 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | | |
| | | | Dec 02 2021 23:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 | |
| 14516632 | + | Email/PDF: gecsedi@recoverycorp.com | | | |
| | | | Dec 02 2021 23:39:13 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 | |
| 14527484 | | Email/Text: bkrcy@ugi.com | | | |
| | | | Dec 02 2021 23:23:00 | UGI Utilities Inc., P.O. Box 15523, Wilmington, DE 19886-5523 | |
| 14535360 | | Email/Text: bkrcy@ugi.com | | | |
| | | | Dec 02 2021 23:23:00 | UGI Utilities, Inc., P.O. Box 13009, Reading, PA 19612 | |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Mid Penn Bank, c/o Bonnie Berkoski, Vice President, Asset Recovery Manager, 2407 Park Drive, Harrisburg, PA 17110-9303 |
| cr | *+ | PeoplesBank, A Codorus Valley Company, c/o Robert W. Pontz, Esquire, Brubaker Connaughton Goss & Lucarelli, 480 New Holland Ave., Suite 6205, Lancaster, PA 17602-2227 |
| 14527468 | *+ | Aes Members 1st Fcu, Attn: Bankruptcy, Po Box 40, Mechanicsburg, PA 17055-0040 |
| 14527469 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14527472 | *+ | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14527477 | *+ | MIDPENN BANK, 894 N. RIVER ROAD # 9543, Halifax, PA 17032-9543 |
| 14527476 | *+ | Members 1st Fcu, Attn: Bankruptcy, Po Box 40, Mechanicsburg, PA 17055-0040 |
| 14527478 | *+ | New Hampshire Higher Ed/Granite State Ma, Attn: Bankruptcy, Po Box 2097, Concord, NH 03302-2097 |
| 14527483 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 04, 2021         Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2021 at the address(es) listed below:**

**Name** **Email Address**

ALAINE V. GRBACH
    on behalf of Debtor Corey M. Fogarty avgrbach@aol.com

BARRY A. SOLODKY
    on behalf of Creditor John Briner BSO@saxtonstump.com msf@saxtonstump.com;pfg@saxtonstump.com

BRET PATRICK SHAFFER
    on behalf of Creditor Mid Penn Bank bshaffer@ssbc-law.com kshirk@ssbc-law.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

MARIO J. HANYON
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com

REBECCA ANN SOLARZ
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

ROBERT W. PONTZ
    on behalf of Creditor PeoplesBank  A Codorus Valley Company BobP@bcgl-law.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

SHAWN M. LONG
    on behalf of Creditor Members 1st Federal Credit Union slong@barley.com jrachor@barley.com;cbrelje@barley.com;sromig@barley.com;tshober@barley.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  COREY M. FOGARTY

                                          :      Chapter 13
                                          :
        **Debtor**                         :      Bky. No.   20-12870 PMM

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

      **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession  to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date: December 2, 2021**

_Patricia M. Mayer_
_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**